**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| VS. | * | |
| | * | |
| KENNETH ISAACS. | * | NO: 4:02CR00211-01   SWW |
| | * | |
| | * | |
| | * | |

**ORDER**

By order entered June 11, 2009, the Court ordered Defendant Kenneth Isaacs to notify the Court whether he consents to reclassification of his letter (docket entry #135) as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Defendant has consented to reclassification.  *See* docket entry #138.  Accordingly, Defendant's *pro se* motion for relief (docket entry #135) is hereby reclassified as a  motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.

In his letter consenting to reclassification, Isaacs requests appointed counsel.  A court may appoint counsel for a habeas petitioner  if "the interests of justice so require."  *See* 18 U.S.C. § 3006A(a)(2)(B); 28 U.S.C. § 2255(g).  In determining whether appointment of counsel is warranted, a court must first determine whether the movant has presented a non-frivolous claim. *See Abdullah v. Norris*, 18 F.3d 571, 573 (8th Cir.), *cert. denied*, 513 U.S. 857 (1994).  If the movant has presented a non-frivolous claim, the court should then determine whether, given the particular circumstances of the case, the appointment of counsel would benefit the movant and the court to such an extent that the interests of justice so require it. 18 U.S.C. § 3006A(a)(2)(B).

Because the Court is unable to determine at this time whether appointment of counsel is warranted, the motion to appoint counsel (docket entry #138) is DENIED WITHOUT PREJUDICE.

**The Court finds that a response to Isaac's § 2255 motion (docket entry #135) would be helpful and therefore directs the United States to file a response to within twenty days from the entry date of this order**.

IT IS SO ORDERED THIS 21ST DAY OF JULY, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE