**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | NO: 4:02CR00211-01   SWW |
| VS. | * | |
| | * | NO:  4:09CV00522 SWW |
| KENNETH ISAACS. | * | |
| | * | |

**ORDER**

By order entered January 7, 2010, the Court dismissed, as time-barred, Petitioner Kenneth Isaacs' motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On February 1, 2010, Isaacs filed a notice of appeal.  Before Isaacs may appeal, a certificate of appealability must issue.  Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. A "substantial showing of the denial of a constitutional right" requires a demonstration "that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were 'adequate to deserve encouragement to proceed further.'"  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)).

For the reasons stated in the order dismissing Isaacs' petition, the Court finds that he has failed to make a substantial showing of the denial of a constitutional right.  Accordingly, the motion for a certificate of appealability is DENIED.

IT IS SO ORDERED THIS 3RD DAY OF FEBRUARY, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT